# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### Atlanta Division

| | |
|---|---|
| JANICE MOODY, *on behalf of herself and all others similarly situated*,<br><br>    Plaintiff,<br><br>v.<br><br>NEWREZ, LLC d/b/a SHELLPOINT MORTGAGE SERVICING,<br><br>    Defendant. | Civil Action No. 1:24-cv-05406 |

## **CONSENT MOTION FOR TEMPORARY STAY**

Plaintiff Janice Moody ("Plaintiff"), by counsel, respectfully moves the Court for a stay of all case deadlines through and including ten days after the resolution of Plaintiff's Objections to the Report and Recommendation filed on December 26, 2025 (Doc. 58), at which point the parties shall file a joint proposed scheduling order outlining deadlines for remaining discovery. Defendant Newrez, LLC consents to the requested relief. A memorandum in support of this Motion is filed contemporaneously herewith.

Respectfully submitted,
**PLAINTIFF**

By: */s/ Matthew G. Rosendahl*
Matthew G. Rosendahl (Ga. Bar # 449311)
KELLY GUZZO, PLC
3925 Chain Bridge, Suite 202
Fairfax, VA  22030
Telephone: (703) 424-7572
Facsimile: (703) 591-0167
Email: matt@kellyguzzo.com

*Counsel for Plaintiff*

2

## **CERTIFICATE OF COUNSEL**

I hereby certify that the foregoing document has been prepared with Times New Roman 14-point font, one of the font and point selections approved by the Court in LR 5.1, N.D. Ga.

*/s/ Matthew G. Rosendahl*

## CERTIFICATE OF SERVICE

I hereby certify that I filed a copy of the foregoing in this matter via CM/ECF on January 14, 2026, which constitutes adequate service on all counsel of record under the Federal Rules of Civil Procedure.

*/s/ Matthew G. Rosendahl*